# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MIA BRIDGEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No. 1:18-cv-01256-CAB<br><br>Honorable Christopher A. Boyko<br><br>**NOTICE OF SETTLEMENT** |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date:   August 31, 2018

By:   /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
HYSLIP & TAYLOR, LLC, LPA
3323 W. Diversey Avenue, Suite 5
Chicago, IL  60647
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
Ohio Bar No. 0079315

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Daniel W. Pisani, Esq.
Sessions, Fishman Nathan & Israel
120 South LaSalle Street, Suite 1960
Chicago, IL 60603

*Counsel for Defendant*

                                          s/ Jeffrey S. Hyslip